Case 2:10-cv-07219-CJC-JPR   Document 30   Filed 12/21/11   Page 1 of 1   Page ID #:296

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12·21·11

DEPUTY CLERK



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS BARAJAS,<br><br>    Petitioner,<br><br>vs.<br><br>DARRAL G. ADAMS, Warden,<br><br>    Respondent. | Case No. CV 10-7219-CJC(JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On December 5, 2011, Petitioner filed objections to the Report and Recommendation. The Court has made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made.

    Having reviewed the Petition, the Court concurs with and accepts the Magistrate Judge's recommendations. IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: December 20, 2011

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1